**No. 10-10139. Ali Partovi, Petitioner v. Unknown Martinez I.C.E. Officer, et al.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5169.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4529.

**No. 10-10164. Tyree W. Brown, Individually and as the Statutory Heir and Wrongful Death Beneficiary of Chester Brown and Lester Brown, Deceased, Petitioner v. Illinois Central Railroad Company, Inc., aka Canadian National Railroad, et al.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5166.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1042, 131 S. Ct. 3071, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4984.

**No. 10-10205. Sheila Dennis, Petitioner v. City of North Miami, Florida, et al.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5155.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1043, 131 S. Ct. 3074, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4829.

**No. 10-10211. Patrick McCarthy, Petitioner v. Alison Scofield, et al.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5177.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1043, 131 S. Ct. 3727, 180 L. Ed. 2d 897, 2011 U.S. LEXIS 4887.

**No. 10-10226. Calvin Williams, Petitioner v. Illinois.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5181.

September 2, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1039, 131 S. Ct. 2974, 180 L. Ed. 2d 257, 2011 U.S. LEXIS 4266.

**No. 10-10268. David Lamb, Petitioner v. Carmen Palmer, Warden.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5174.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1026, 131 S. Ct. 3037, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4740.